**SO ORDERED.**

**SIGNED this 26 day of November, 2018.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Middle District of Georgia
Valdosta Division

| | |
|---|---|
| In Re:   Derwin Williams<br>Manika Grant<br>2951 Pauline Church Rd.<br>Quitman, GA 31643<br><br>XXX-XX-8590<br>XXX-XX-3917 | Chapter 13<br><br>Case No: 17-71199-JTL |

Order for Claim No. 5

The objection of the Chapter 13 Trustee to claim # 5 filed by United Consumer Financial Svcs, C/O Bass And Associates, P.C. 3936 E. Ft Lowell Rd., St 200, Tucson, AZ 85712, having been served upon the claimant and other parties of interest , and no response to said objection having been filed/or any filed response has been resolved or withdrawn, it is hereby

ORDERED that claim # 5 filed by United Consumer Financial Svcs, is hereby designated as unsecured for the purpose of distribution .

END OF DOCUMENT

/s/  Kristin Hurst
_____
Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com